IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED

2018 MAY 30 P 12: 36

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:18-mj-257 |
| | ) | |
| IBRAHIM NAJDI, | ) | |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

COUNT I - (Misdemeanor –7627408/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 12, 2018 at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant IBRAHIM NAJDI did unlawfully operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18 United States Code Section 13, assimilating Section 18.2-266, Virginia State Code, as amended.)

COUNT II - (Petty– 7627409/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 12, 2018, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, IBRAHIM NAJDI, did unlawfully and unreasonably refuse to have samples of his breath taken for chemical tests to determine the alcohol content of his blood.

(In violation of Title 18 United States Code Section 3118.)

Respectfully submitted,
G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703)-299-3776
Fax: (703)-299-3980
Email: elizabeth.banger.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be sent to the defendant IBRAHIM NAJDI at 10103 Quayle Court, Manassas, Virginia 20109 on ___May 30___, 2018.

By: _____
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314